80 A.3d 378

**Darren JOHNSON, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 145 EM 2013.**

Supreme Court of Pennsylvania.

Nov. 20, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of November, 2013, the Application for Leave to File Original Process is **GRANTED,** and the

 

Petition for Writ of Mandamus and the Application for Immediate Hearing are **DENIED.**